170 A.3d 343

ROYAL TAX LIEN SERVICES, L.L.C. D/B/A CRUSADER LIEN SERVICES, L.L.C, PLAINTIFF–RESPONDENT, v. SYEDA FATIMA SHUAIB AND SYED TARIQ SHUAIB, DEFENDANTS–PETITIONERS, AND HILLTOP FUEL HEATING & A/C, AND DISCOVER BANK, DEFENDANTS.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005501–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

170 A.3d 344

STEPHEN PERRY, APPELLANT–PETITIONER, v. NEW JERSEY STATE PAROLE BOARD, RESPONDENT–RESPONDENT.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001448–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.